# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# HUNTINGTON DIVISION

ALLISON MULLINS, on behalf of herself
and all others similarly situated,

        Plaintiff,

v.

KAREN COLE, in her official capacity AS
CLERK OF CABELL COUNTY,

        Defendant.

Civil Action No. 3:16-cv-9918

Hon.

## EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER

Pursuant to Federal Rule of Civil Procedure 65, Plaintiff respectfully moves the Court for a temporary restraining order enjoining Defendant Karen Cole, Clerk of Cabell County, from refusing to register otherwise qualified voters who used the Secretary of State's online voter registration system to register to vote by October 18, 2016. In support of this motion, Plaintiff concurrently submits a memorandum in support, which is hereby incorporated within this motion by reference.

Respectfully submitted this 20th day of October, 2016,

By Counsel,

AMERICAN CIVIIL LIBERTIES UNION OF
    WEST VIRGINIA FOUNDATION

/s/ Jamie Lynn Crofts
Jamie Lynn Crofts
West Virginia Bar No. 12730
ACLU of West Virginia Foundation
P.O. Box 3952
Charleston, WV 25339-3952
(304) 345-9246, ext. 102 / (304) 345-0207 (f)
jcrofts@acluwv.org

Anthony J. Majestro
West Virginia Bar No. 5165
ACLU of West Virginia Foundation
Powell & Majestro, PLLC
405 Capitol Street, Suite P-1200
Charleston, WV 25301
304-346-2889 / 304-346-2895 (f)
amajestro@powellmajestro.com

Dale E. Ho*
Sean J. Young*
American Civil Liberties Union Foundation, Inc.
125 Broad St., 18th Floor
New York, NY 10004
212-549-2693
dale.ho@aclu.org
syoung@aclu.org

*motions for admission pro hac vice forthcoming

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

At this early point in the case, no attorney has yet made an appearance for the defendant, Karen Cole, Clerk of Cabell County. However, I hereby certify that on October 20, 2016, I attempted to serve the foregoing Emergency Motion for a Temporary Restraining Order upon the defendant by sending a copy to the following attorney and to Defendant Cole's office via facsimile:

Sean K. Hammers
Cabell County Prosecuting Attorney
304-526-8679 (f)

Karen Cole
Clerk of Cabell County
304-526-8632 (f)


/s/ Jamie Lynn Crofts

Counsel for Plaintiff