# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF WEST VIRGINIA

# HUNTINGTON DIVISION

ALLISON MULLINS,
on behalf of herself and
all others similarly situated,

        Plaintiff,

v.                                CIVIL ACTION NO. 3:16-9918

KAREN COLE,
in her official capacity as
Clerk of Cabell County,

        Defendant.

## ORDER

On this day, the Court held a hearing on Plaintiff Allison Mullins' Emergency Motion for a Temporary Restraining Order. ECF No. 3. For the reasons stated by the Court at the hearing and which will be stated in a forthcoming Memorandum Opinion and Order, the Court **GRANTS** a preliminary injunction.

At the hearing, the Court and the parties discussed compliance with the Court's decision, and Defendant Karen Cole agreed to treat all otherwise qualified individuals who timely used the West Virginia Secretary of State's online voter registration system to register to vote in Cabell County as members of the class.[1] For those class members who were not yet sent letters telling them that it is necessary for them to complete a paper registration form or who were notified that they must return a paper registration form and returned the form, Defendant will promptly

---

[1] The deadline for registering to vote in West Virginia was October 18, 2016.

send them voter registration cards and inform them they are registered to vote. For those class members who were sent notices that their voter registrations are incomplete and were sent paper voter registration forms, but have not returned the forms, Defendant will immediately process their online registrations and send those individuals letters stating that their voter registrations are complete without them returning the paper registration forms previously sent. She also will mail them voter registration cards. If an individual is not qualified to vote for any reason independent of the fact they registered through the online system, Defendant is not required to register that individual to vote.

        The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

        ENTER:    October 25, 2016

_____
ROBERT C. CHAMBERS, CHIEF JUDGE